AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: S1 07 CR 511 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Linda Duh

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/16/2007 | *[signature]* |
| Date | Signature |
| | Jonathan Marks — JM-9696 |
| | Print Name — Bar Number |
| | 220 Fifth Avenue, Suite 300, |
| | Address |
| | New York, NY 10001 |
| | City — State — Zip Code |
| | (212) 545-8008 — (212) 889-3595 |
| | Phone Number — Fax Number |