# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

UNITED STATES OF AMERICA

    -against-                                               Case Number: **07-CR-00511-GEL**

    LINDA DUH

            Defendant

To the Clerk of this court and all parties of record: Enter my appearance by ECF as counsel in this case for:

MS. LINDA DUH

I hereby certify that I am admitted to practice in this district, having been admitted on 9/18/95, and that I am a member of the New York and SDNY bars in good standing.

S. MICHAEL MUSA-OBREGON, ESQ.

Bar Number: SMMO 1220
MUSA-OBREGON & ASSOCIATES
55-21 69TH STREET
MASPETH, NY 11372
Email address: musaobregonlaw@gmail.com
Tel. (718) 803-1000
Fax (718) 507-8486
Cell number (917) 224-5497

DATE: OCTOBER 19, 2007