# MUSA-OBREGON & ASSOCIATES
ATTORNEYS AND COUNSELORS AT LAW
55-21 69TH STREET
MASPETH, N.Y. 11378
Tel: (718) 803-1000
Fax: (718) 507-8496
musaobregonlaw@gmail.com

S. MICHAEL MUSA-OBREGON*

Admitted in NY, SDNY & EDNY

<u>BY ECF</u>

October 19, 2007

The Honorable Gerard E. Lynch, USDJ
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

  <u>RE: USA v. Linda Duh</u>

Dear Judge Lynch:

Enclosed please find attached a Notice of Appearance on behalf of Linda Duh. Based on the couple's joint wishes, and with the Court's permission, I wish to enter my appearance on behalf of Linda Duh in place and stead of Mr. Jonathan Marks, Esq.

Mr. Telesforo Del Valle, Esq. will continue to represent Mr. Tony Duh. I shall, of course, no longer appear as an attorney of record on behalf of Tony Duh.

Respectfully submitted,

<u>s/ S. Michael Musa-Obregon</u>
S. MICHAEL MUSA-OBREGON, ESQ.

cc: AUSA Glen Garrett McGorty
   Mr. Tony Duh and Mrs. Tony Duh
   All parties by ECF
   encl.