UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

        - v. -

TONY DUH, and
LINDA DUH,

        Defendants.
- - - - - - - - - - - - - - - - - -X

**WAIVER OF INDICTMENT**

S3 07 Cr. 511 (GEL)

    Defendant TONY DUH, who is accused of violating Title 18, United States Code, Section 1956(h), and defendant LINDA DUH, who is accused of violating Title 18, United States Code, Section 4, being advised of the nature of the charges and of their rights, hereby waive, in open Court, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
TONY DUH, Defendant

_____
LINDA DUH, Defendant

_____
Telesforo Del Valle, Esq.
Counsel for TONY DUH

_____
Michael Musa-Obregon, Esq.
Counsel for LINDA DUH

_____
Witness

Date:    New York, New York
        November 6, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 6 2007

0202