```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                   :
UNITED STATES OF AMERICA           :
                                   :    WAIVER OF INDICTMENT
         - v. -                    :
                                   :    S3 07 Cr. 511 (GEL)
TONY DUH, and                      :
LINDA DUH,                         :
                                   :
              Defendants.          :
- - - - - - - - - - - - - - - - - -X
```

Defendant TONY DUH, who is accused of violating Title 18, United States Code, Section 1956(h), and defendant LINDA DUH, who is accused of violating Title 18, United States Code, Section 4, being advised of the nature of the charges and of their rights, hereby waive, in open Court, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____          _____
TONY DUH, Defendant                LINDA DUH, Defendant

_____          _____
Telesforo Del Valle, Esq.          Michael Musa-Obregon, Esq.
Counsel for TONY DUH               Counsel for LINDA DUH

_____
Witness

Date:    New York, New York
         November 6, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 0 8 2007

0202