# MICHAEL MUSA-OBREGON & ASSOCIATES
ATTORNEYS AND COUNSELORS AT LAW
55-21 69TH STREET
MASPETH, N.Y. 11378

S. MICHAEL MUSA-OBREGON*
_____
MAYRA VELEZ-CAMACHO*
RAMI FAKHOURY+
DUANE RIVERS~
CHARYSMEL F. MANASRA**
    OF COUNSEL

TEL. (718) 803-1000
FAX (718) 507-8496
musaobregonlaw@gmail.com

NEW JERSEY OFFICE
DUANE RIVERS, ESQ.
177 OUTWATER LANE
GARFIELD NJ 07026

CONNECTICUT OFFICE
RAMI FAKHOURY, ESQ.
139 MAIN STREET, SUITE 210
STAMFORD, CT 06901

*Admitted only in NY. Practice in NJ and CT limited to Immigration and Nationality Law.
+Admitted in NY, CT
~Admitted in NJ
**admitted in NJ, NY

BY ECF

March 12, 2008

The Honorable Gerard E. Lynch, USDJ
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    RE: USA v. Linda Duh

Dear Judge Lynch:

We write to respectfully request the postponement of sentence for Ms. Linda Duh and Mr. Tony Duh, both which are scheduled for sentence for this Friday. This request has been approved by the government by AUSA Glen McGorty.

Mr. and Mrs. Duh have both been placed on the market, with the consent of the government, the Manhattan building they own, on the condition that the proceeds of any sale, which would have to be specifically approved by the government, will go towards satisfying the substantial forfeiture order to be imposed by the Court in this matter. We expect that the sale of the building should be completed within 60 days. We further believe that a postponement of the sentencing, which would allow for the sale of the building in the open market, would be in the interests of justice. We are therefore most respectfully requesting that the Court postpone the sentencing date to a date thereafter.

We sincerely appreciate the Court' consideration of this request.

 S. Michael Musa-Obregon
S. MICHAEL MUSA-OBREGON, ESQ. FOR MRS. LINDA DUH

Telesforo del Valle
TELESFORO DEL VALLE, ESQ. FOR MR. TONY DUH

cc:    AUSA Glen Garrett McGorty
       Mr. Tony Duh and Mrs. Tony Duh