# MUSA-OBREGON & ASSOCIATES
ATTORNEYS AND COUNSELORS AT LAW
55-21 69TH STREET
MASPETH, N.Y. 11378
Tel: (718) 803-1000
Fax: (718) 507-8496
musaobregonlaw@gmail.com

S. MICHAEL MUSA-OBREGON*

Admitted in NY, SDNY & EDNY

<u>BY ECF</u>

June 2, 2008

The Honorable Gerard E. Lynch, USDJ
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      <u>RE: USA v. Linda Duh 07-Cr-997 (GEL)</u>

Dear Judge Lynch:

I am writing to respectfully request an adjournment of the sentencing for Mrs. Linda Duh, currently scheduled for this Friday June 6, before Your Honor.

Unfortunately, undersigned counsel was just released from the hospital this weekend after being treated in the emergency room for several days and has been strongly mandated for bed rest and intensive medical treatment for several weeks.

Because of this issue, a postponement of Ms. Duh's her sentencing date would clearly serve the interests of justice. An adjournment to a date after July 4th would be of great assistance.

Additionally, I have not yet received a PSR from U.S. Probation and as such an adjournment is additionally required for that reason.

Respectfully submitted,

<u>s/ S. Michael Musa-Obregon</u>
S. MICHAEL MUSA-OBREGON, ESQ.

cc:     AUSA Glen Garrett McGorty