# MUSA-OBREGON & ASSOCIATES
ATTORNEYS AND COUNSELORS AT LAW
55-21 69TH STREET
MASPETH, N.Y. 11378
TEL. (718) 803-1000
FAX (718) 507- 8496
musaobregonlaw@gmail.com

S. MICHAEL MUSA-OBREGON*
_____
MAYRA VELEZ-CAMACHO*
DUANE RIVERS~
CHARYSMEL F. MANASRA**
    OF COUNSEL

NEW JERSEY OFFICE
DUANE RIVERS, ESQ.
177 OUTWATER LANE
GARFIELD NJ 07026

*Admitted only in NY. Practice in NJ limited to Immigration and Nationality Law.
~ Admitted in NJ
*Admitted in NJ, NY

BY ECF & FAX

June 6, 2008

The Honorable Gerard E. Lynch, USDJ
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

RE: USA v. Linda and Tony Duh 07-511(GEL) (SDNY)

Dear Judge Lynch:

While we are very thankful that the Court has graciously adjourned the sentencing for Ms. Linda Duh to July 25 because of her counsel's medical situation, we must respectfully request that the sentencing for Mr. Tony Duh, as well as Linda Duh also be recalendared to a late June date where both the undersigned counsel and the defendant married couple can appear together for sentencing.

Mr. Del Valle and I will be making a joint audio visual presentation at the sentencing of the Duh family where we believe it is imperative that the wife and husband's sentencing hearing occur on the same date. The presentation by both attorneys, which has been prepared to be delivered at the same time involves:

1) An oral discussion of the 3553 (a) factors involving family circumstances requiring an analysis of the family situation;
2) a Forensic Psychological Report for the Duh children, 15 year old Anthony and 19 year old Debbie Duh;
3) a Mitigation Report for both Linda and Tony Duh;
4) as well as an audio-visual presentation involving the operation of the Duh family business and the context of the legal pitfalls which befell the Duh husband and wife business team and lead to the conduct involved in the offenses to which they each have respectively plead guilty.

From the perspective of the Duh family, it is imperative that your Honor receive this information concisely without burdensome repetition, so that the Court may weigh all of the factors appropriately with both parties present.

Additionally, we have a list of 15 family members and friends, some of whom are flying in from Taiwan, and other states in the U.S., who will be attending the sentencing to lend their support for the Duh couple and who have requested to be physically present. These family members will be informing the Court by letter of requests in sentencing; it appears unduly onerous to have them attend two separate proceedings just weeks apart.

For these reasons, we respectfully request that the sentencing hearing be adjourned into the last week of June.

Respectfully submitted,

s/ S. Michael Musa-Obregon
S. MICHAEL MUSA-OBREGON, ESQ. Attorney for Linda Duh

S/ Telesforo Del Valle
TELESFORO DEL VALLE, ESQ. Attorney for Tony Duh

cc:     AUSA Glen Garrett McGorty